IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ESTATE OF MARILYNN T. CURRAN, ) | |
| et al, ) | Case No.. 14-4071-SLD-JEH |
| ) | |
| Defendants. ) | |

### ORDER CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE

This day comes the United States Marshal appointed by the Court herein to make sale and to carry into effect the said former Decree, and makes report of his proceedings and the Court having duly examined the same, finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Decree, and that the sale was fairly made, and the Court being fully advised in the premises finds;

1. A notice required in accordance with 735 ILCS 15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given.

2. The terms of sale were fair and not unconscionable.

3. The sale was conducted fairly and without fraud.

4. Justice was done by the sale.

5. All redemption and reinstatement periods have expired without redemption or reinstatement having been made.

CERTIFICATE OF SALE AND/OR PURCHASER AT SALE INFORMATION

    A.    DATE OF SALE: November 8, 2016
    B.    NAME OF SUCCESSFUL PURCHASER: 4 Auto Partners, LLC
    C.    ADDRESS OF PURCHASER: redact Street, Geneseo, IL
    D.    TELEPHONE NUMBER OF PURCHASER 309-redact

IT IS THEREFORE ORDERED:

A. That the report of the sale by the United States Marshal is approved and the sale is confirmed.

B. That there is no deficiency judgment ordered in favor of the Plaintiff.

C. The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the defendant(s) signing the promissory note secured by the mortgage foreclosed herein the resulting deficiency set forth above, even though no such deficiency judgment is sought in this foreclosure proceeding.

D. The United States Marshal is directed to forthwith issue a deed to the holder of the Certificate of Sale, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

E. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

F. That there is no just reason to delay enforcement of or appeal from this final order.

Entered December 6, 2016.

                                                   s/ Sara Darrow  
                                                  SARA L. DARROW  
                                                  United States District Judge